UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARPER PARIS, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 3:26-cv-02172 |
| | § | |
| TRANSUNION, LLC., | § | |
| DK CONSULTING, INC., | § | |
| JEFFERSON CAPITAL, | § | |
| ABSOLUTE RESOLUTIONS | § | |
| CORPORATION, and | § | |
| MCCARTHY, BURGESS, & WOLFF, | § | |
| *Defendants.* | | |

## NOTICE OF CONSENT

PLEASE TAKE NOTICE that Defendants, Trans Union, LLC, DK Consulting, Inc., Jefferson Capital Systems, LLC (improperly sued as "Jefferson Capital"), and Absolute Resolution Corporation by and through their undersigned attorneys or authorized representatives, hereby consent to the removal of this action from the County Court at Law 5, Dallas County, Texas, to the United States District Court for the Northern District of Texas pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446.

/s/ Amanda Loughmiller
Amanda Loughmiller (by permission)
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
aloughmiller@qslwm.com

***Counsel for Defendant Trans Union, LLC***

Page **1** of **3**

/s/ Whitney L. White_____
Whitney L. White (by permission)
TX Bar No. 24075269
Sessions, Israel, & Shartle, LLC
5700 Granite Parkway, Suite 260
Plano, Texas 75024
wwhite@sessions.legal
Telephone: (214) 741-3017

***Counsel for Defendant Jefferson Capital Systems, LLC***

/s/ Xerxes Martin_____
Xerxes Martin (by permission)
Martin Golden Lyons Watts Morgan PLLC
Northpark Central, Suite 1850
8750 N. Central Expressway
Dallas, TX 75231
xmartin@mgl.law

***Counsel for Defendant DK Consulting, Inc.***

/s/ Kimberly Dang_____
Kimberly Dang (by permission)
Bassford Remele PA
100 S 5th Street, Suite 1500
Minneapolis, MN 55402
kdang@bassford.com

***Counsel for Defendant***
***Absolute Resolutions Corporation***

Dated: July 9, 2026.                        Respectfully submitted,

**FROST ECHOLS LLC**

/s/ Cooper Walker
COOPER M. WALKER
TX State Bar No. 24098567
18383 Preston Road, Suite 350
Dallas, TX 75252
Phone: (817) 290-4356
Cooper.Walker@frostechols.com

***Counsel For Defendant***
***McCarthy, Burgess & Wolff***

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing document has been forwarded via **ECF** to all parties entitled to notice of the same on this 9th day of July, 2026.

/s/ Cooper Walker
COOPER M. WALKER