# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **HARPER PARIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 3:26-cv-02172-K-BN** |
| | § | |
| **TRANSUNION, LLC, DK** | § | |
| **CONSULTING, INC., JEFFERSON** | § | |
| **CAPITAL SYSTEMS, LLC,** | § | |
| **ABSOLUTE RESOLUTIONS** | § | |
| **CORPORATION, and MCCARTHY,** | § | |
| **BURGESS, & WOLFF,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING DEFENDANT, JEFFERSON CAPITAL SYSTEMS, LLC'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ORIGINAL PETITION

After considering Defendant, Jefferson Capital Systems, LLC's, Unopposed Motion for Extension of Time to Respond to the Plaintiff's Original Petition (Dkt. No. 11), the Court hereby GRANTS the Motion.

IT IS ORDERED that Defendant, Jefferson Capital Systems, LLC, shall have until August 4, 2026, to respond to Plaintiff's Original Petition.

Dated: July 15, 2026

_____
JUDGE DAVID L. HORAN
UNITED STATES DISTRICT COURT

1