Gmail                                                    **DeJon Paris <dejon.paris@gmail.com>**

---

**New Information for Harper Paris**
3 messages

---

**JeffersonCapital@mail.myjcap.com** <JeffersonCapital@mail.myjcap.com>
Reply-To: "JeffersonCapital@mail.myjcap.com" <171459044634@mail.myjcap.com>
To: DEJON.PARIS@gmail.com



Dear Harper Paris,
JCS Ref Number: 3993712527

Jefferson Capital Systems, LLC (Jefferson Capital) is a debt collector and the owner and current creditor of your referenced account. We will use any information you give us to help collect

**Our information shows:**
You had a Conns account from CONN CREDIT I LP with account number of 557486570.  Your JCS Reference Number is 3993712527.

As of 08/31/2020 you owed:  $1575.47

Between 08/31/2020 and 12/27/2024

You were charged this amount in interest: $0.00

You were charged this amount in fees: $0.00

You paid or were credited this amount toward the debt: $324.32

**Total amount of the debt now: $1251.15**

**How can you dispute the debt?**
- Call or write to us by 02/05/2025 to dispute all or part of the debt.  If you do not, we will assume that our information is correct.

- If you write to us by 02/05/2025, we must stop collection on any amount you dispute until we send you information that shows you owe the debt.  You may also include supporting docum

**What else can you do?**

**- Write to ask for the name and address of the original creditor, if different than the current creditor.**  If you write by 02/05/2025, we must stop collection until we send you that informat

**- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.**   For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

**How to contact us:**
     **-** Visit our website at www.MyJCAP.com
     - By phone:
     - Hours of Operation: Mon-Thurs 8AM-6PM and Fri 8AM-4PM Central Time

**NOTICE**:  See below for important information.

**How do you want to respond?**
Reply DISPUTE and enter the reason for your dispute. Some examples below.
  __ I want to dispute the debt because I think:
     __ This is not my debt.
     __ The amount is wrong.
     __ I want you to send me the name and address of the original creditor.
     __ Other (Please attach additional information).

**Send Correspondence to:**
Jefferson Capital Systems, LLC
200 14th Ave E
Sartell, MN 56377

**Mail Payments to:**
Jefferson Capital Systems, LLC
Dept #6419
PO Box 11407
Birmingham, AL  35246-6419
Make your check payable to Jefferson Capital Systems, LLC. Include the reference number 3993712527

**Make a payment on our website at** www.MyJCAP.com

**Credit Bureau Reporting:** We may report information about your account to credit bureaus. Negative information such as a default may be reflected on your credit report.

**PRIVACY NOTICE**
Jefferson Capital Systems, LLC (also referenced herein as we and us) is providing this notice to you as required by Federal law. We may collect nonpublic personal information about you

- Your transactions with us;
- Prior owners of your account;
- Consumer reporting agencies;
- Applications or other forms that you provide to us.

We may disclose nonpublic personal information about you to the extent that it is: (a) specifically directed by you; (b) permitted by the Gramm-Leach-Bliley Act (such as to service and mai

 We restrict access to nonpublic personal information about you to employees who need to know that information to provide services to you. We maintain physical, electronic, and procedu

If you wish to unsubscribe (opt-out) from receiving collection emails about this account, click the "unsubscribe" link below. You can also (opt-out) by replying STOP to this email.
EVAL00_1.1

Unsubscribe

---

**JeffersonCapital@mail.myjcap.com** <JeffersonCapital@mail.myjcap.com>
Reply-To: "JeffersonCapital@mail.myjcap.com" <171459044635@mail.myjcap.com>
To: DEJON.PARIS@gmail.com



Dear Harper Paris,
JCS Ref Number: 3993712543

Jefferson Capital Systems, LLC (Jefferson Capital) is a debt collector and the owner and current creditor of your referenced account. We will use any information you give us to help collect

**Our information shows:**
You had a Conns account from CONN CREDIT I LP with account number of 557486571.  Your JCS Reference Number is 3993712543.

As of 08/31/2020 you owed:  $3292.58

Between 08/31/2020 and 12/27/2024

You were charged this amount in interest: $0.00

You were charged this amount in fees: $0.00

You paid or were credited this amount toward the debt: $0.00

**Total amount of the debt now: $3292.58**

[Quoted text hidden]

Make your check payable to Jefferson Capital Systems, LLC. Include the reference number 3993712543

**Make a payment on our website at** www.MyJCAP.com

**Credit Bureau Reporting:** We may report information about your account to credit bureaus. Negative information such as a default may be reflected on your credit report.

**PRIVACY NOTICE**

Jefferson Capital Systems, LLC (also referenced herein as we and us) is providing this notice to you as required by Federal law. We may collect nonpublic personal information about you

- Your transactions with us;
- Prior owners of your account;
- Consumer reporting agencies;
- Applications or other forms that you provide to us.

We may disclose nonpublic personal information about you to the extent that it is: (a) specifically directed by you; (b) permitted by the Gramm-Leach-Bliley Act (such as to service and mai

We restrict access to nonpublic personal information about you to employees who need to know that information to provide services to you. We maintain physical, electronic, and procedu

If you wish to unsubscribe (opt-out) from receiving collection emails about this account, click the "unsubscribe" link below. You can also (opt-out) by replying STOP to this email.
EVAL00_1.1

Unsubscribe

---

**DeJon Paris** <dejon.paris@gmail.com>                                                      Tue, Dec 31, 2024 at 9:48 AM
To: "JeffersonCapital@mail.myjcap.com" <171459044635@mail.myjcap.com>

This debt is old and inaccurate, therefore I refuse to pay this debt.
[Quoted text hidden]