Harper Paris
1710 keller pkwy
9602
Keller TX 76248

13721976.1.1-



**USPS CERTIFIED MAIL**

**9214 8901 4298 0473 7110 60**

0013721976000011



Absolute Resolutions
8000 NORMAN CENTER DR ST
BLOOMINGTON MN 55437
USA

13721976.1.2-

Harper Paris

1710 Keller Parkway 9602

Keller, TX 76248

4/03/2026

Account:
Absolute Resolutions

8000 NORMAN CENTER DR ST BLOOMINGTON,
MN 55437

VIA U.S.P.S. CERTIFIED MAIL/RETURN RECEIPT REQUESTED

**Re: Alleged Original Creditor: Webbank**
**Alleged Original Creditor Account Number: Unknown**
**Alleged Debt Collector Account Number:** 4916V363906
**Alleged Original Creditor Balance:** $1,156

Dear Collection Section:

I'm disputing the completeness and accuracy of the above referenced account. I'm formally requesting that the dispute remarks be removed from the reporting of the above referenced account.

Receiving communication or any attempts to communicate with me at the above address is inconvenient.

I have provided my email (electronic mail) below for communication, as I check my email at a different location.

Sincerely,

s/ Harper Paris

Email: harperparis0826@gmail.com

cc: Consumer Financial Protection Bureau via fax 1-855-237-2392

**ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU…**

# USPS Tracking®

**Tracking Number:**

Remove ✕

## 9214890142980473711060

Copy          Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 9:24 am on April 10, 2026 in MINNEAPOLIS, MN 55437.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**

MINNEAPOLIS, MN 55437
April 10, 2026 9:24 AM

**Arrived at USPS Facility**

MINNEAPOLIS MN DISTRIBUTION CENTER
April 9, 2026 3:24 AM

**Arrived at USPS Facility**

PHOENIX AZ DISTRIBUTION CENTER
April 7, 2026 6:12 PM

**Accepted at USPS Facility**

PHOENIX AZ DISTRIBUTION CENTER
April 7, 2026 4:57 PM

**Shipment Received, Package Acceptance Pending**

PHOENIX, AZ 85026

April 6, 2026 10:28 PM

**Pre-Shipment Info Sent to USPS**

April 6, 2026

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

| | |
|---|---|
| Text & Email Updates | ∨ |
| Return Receipt Electronic | ∨ |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs