UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HARPER PARIS, §
§
  *Plaintiff,* §
§
§
v. §    CASE NO. 3:26-cv-02172
§
§
TRANSUNION, LLC., §
DK CONSULTING, INC., §
JEFFERSON CAPITAL, §
ABSOLUTE RESOLUTIONS §
CORPORATION, and §
MCCARTHY, BURGESS, & WOLFF, §
§
  *Defendants.*

## DEFENDANT MCCARTHY, BURGESS, & WOLFF'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW, MBW McCarthy, Burgess, & Wolff ("MBW") and files its Answer to Plaintiff's Amended Complaint as follows:

### I. JURISDICTION

1. MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 1; therefore, MBW denies the same.

2. MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 2; therefore, MBW denies the same.

### II. VENUE

3. MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 3; therefore, MBW denies the same.

4. MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 4; therefore, MBW denies the same.

## III. PARTIES

5.    MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 5; therefore, MBW denies the same.

6.    MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 6; therefore, MBW denies the same.

7.    MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 7; therefore, MBW denies the same.

8.    MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 8; therefore, MBW denies the same.

9.    MBW lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 9; therefore, MBW denies the same.

10.    MBW admits that it, at times, acts as a "debt collector" as defined by the FDCPA and the Texas Finance Code. However, MBW lacks knowledge or information sufficient to form a belief as to whether it acted as a "debt collector" in this matter and therefore denies Paragraph 10.

11.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 11; therefore, MBW denies same.

12.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 12; therefore, MBW denies same.

13.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 13; therefore, MBW denies same.

14.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 14; therefore, MBW denies same.

15.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 15; therefore, MBW denies same.

16.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 16; therefore, MBW denies same.

## IV. ALLEGED STATEMENT OF FACTS

### A. Alleged Pre Litigation Disputes and Systemic Investigation Failures

17.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 17; therefore, MBW denies same.

18.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 18; therefore, MBW denies same.

19.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 19; therefore, MBW denies same.

20.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 20; therefore, MBW denies same.

21.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 21; therefore, MBW denies same.

22.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 22; therefore, MBW denies same.

23. MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 23; therefore, MBW denies same.

24.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 24; therefore, MBW denies same.

### B. Jefferson Capital Systems, LLC: Unlawful Third-Party Disclosures

25.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 25; therefore, MBW denies same.

26.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 26; therefore, MBW denies same.

27.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 27; therefore, MBW denies same.

### C. Absolute Resolutions Corporation: The Revocation and Dispute Lock

28.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 28; therefore, MBW denies same.

29.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 29; therefore, MBW denies same.

### D. The Inaccuracy Ledger: Systemic Architectural Contradictions

30.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 30; therefore, MBW denies same.

31.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 31; therefore, MBW denies same.

32.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 32 and all subparts contained therein; therefore, MBW denies same.

33.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 33; therefore, MBW denies same.

34.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 34; therefore, MBW denies same.

### E. Material Injury and Concrete Actual Damages

35.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 35; therefore, MBW denies same.

36.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 36; therefore, MBW denies same.

37.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 37; therefore, MBW denies same.

38.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 38; therefore, MBW denies same.

39.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 39; therefore, MBW denies same.

40.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 40 and all subparts contained therein; therefore, MBW denies same.

## V. CAUSES OF ACTION

### COUNT I
### ALLEGED VIOLATION OF 15 U.S.C § 1681e(b)(I)-FAILURE TO MAINTAIN REASONABLE PROCEDURES

41.     MBW incorporates the responses above as though fully set forth herein.

42.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 42; therefore, MBW denies same.

43.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 43; therefore, MBW denies same.

44.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 44; therefore, MBW denies same.

## COUNT II
## ALLEGED VIOLATION OF 15 U.S.C § 1681g(a)(I)-FAILURE TO DISCLOSE ALL FILE INFORMATION

45.    MBW incorporates the responses above as though fully set forth herein.

46.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 46; therefore, MBW denies same.

47.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 47; therefore, MBW denies same.

## COUNT III
## ALLEGED VIOLATION OF 15 U.S.C § 1681i-FAILURE TO CONDUCT A REASONABLE INVESTIGATION

48.    MBW incorporates the responses above as though fully set forth herein.

49.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 49; therefore, MBW denies same.

50.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 50; therefore, MBW denies same.

## COUNT IV
## ALLEGED VIOLATION OF 15 U.S.C § 1681s-2(b)-FAILURE TO CONDUCT A REASONABLE INVESTIGATION

51.    MBW incorporates the responses above as though fully set forth herein.

52.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 52; therefore, MBW denies same.

53.    MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 53; therefore, MBW denies same.

## COUNT V
## ALLEGED VIOLATION OF 15 U.S.C § 1692e(8)-COMMUNICATING FALSE CREDIT INFORMATION

54.     MBW incorporates the responses above as though fully set forth herein.

55.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 55; therefore, MBW denies same.

56.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 56; therefore, MBW denies same.

## COUNT V
## TEXAS COMMON LAW INVASION OF PRIVACY — PUBLIC DISCLOSURE OF PRIVATE FACTS

57.     MBW incorporates the responses above as though fully set forth herein.

58.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 58; therefore, MBW denies same.

59.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 59; therefore, MBW denies same.

## COUNT VI
## ALLEGED VIOLATIONS OF THE TEXAS DEBT COLLECTION ACT

60.     MBW incorporates the responses above as though fully set forth herein.

61.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 61; therefore, MBW denies same.

62.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 62; therefore, MBW denies same.

63.     MBW lacks knowledge or information sufficient to form a belief regarding the allegations in Paragraph 63; therefore, MBW denies same

## VI. PRAYER FOR RELIEF

WHEREFORE, MBW denies that Plaintiff is entitled to any of the relief sought and requests:

     a. dismissing all alleged causes of action against MBW with prejudice on the merits;

     b. that judgment be granted in favor of MBW, and that all relief requested by Plaintiff be denied;

     c. that all requests for damages, including statutory and actual damages, by Plaintiff be denied;

     d. that all costs and attorneys' fees be awarded to MBW; and

     e. for such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Any violation of the law or damage suffered by Plaintiff, which MBW denies, was due to the affirmative actions and/or omissions of Plaintiff or others and does not give rise to any liability against MBW.

### SECOND DEFENSE

While MBW denies Plaintiff has been damaged in any way, if it should be determined that Plaintiff has been damaged, then MBW alleges such damage was not caused by MBW but was proximately caused or contributed to by the conduct of others for whom MBW is not responsible or liable.

### THIRD DEFENSE

Plaintiff's Complaint and purported claims for relief are barred because Plaintiff has not sustained any injury or damage as a result of any act or omission of or by MBW.

## FOURTH DEFENSE

MBW reserves the right to assert any other defenses that may become available during discovery proceedings, or otherwise, in this case and hereby reserves the right to amend its Answer to assert any such defenses.

## FIFTH DEFENSE

MBW asserts that if any violation occurred it was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

Dated: July 30, 2026.                    Respectfully submitted,

**FROST ECHOLS LLC**

/s/ Cooper Walker
COOPER M. WALKER
TX State Bar No. 24098567
18383 Preston Road, Suite 350
Dallas, TX 75252
Phone: (817) 290-4356
Cooper.Walker@frostechols.com

***COUNSEL FOR MCCARTHY,
BURGESS & WOLFF***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **ECF** to all parties entitled to notice of the same on this 30th day of July, 2026.

/s/ Cooper Walker
COOPER M. WALKER