IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARPER PARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-2172-K-BN |
| | § | |
| MCCARTHY BURGESS & WOLFF; TRANS UNION LLC; DK CONSULTING INC., JEFFERSON CAPITAL INC., and ABSOLUTE RESOLUTIONS CORPORATION, | § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER AND NOTICE OF DEFICIENCY**

Plaintiff Harper Paris has filed a Motion for Leave to File Response to Defendant Absolute Resolutions Corporation's Motion to Dismiss Out of Time. *See* Dkt. No. 58.

The motion's certificate of conference states that Paris "has not conferred with counsel for ARC regarding this Motion prior to filing." *Id.* at 4.

The Court's Standing Order on Discovery and Non-Dispositive Motions states that "a party may not file a non-dispositive motion unless the party seeking relief first confers by telephone or videoconference (such as over Zoom) or meets face-to-face with the party or parties affected by the dispute." Dkt. No. 21 at 3.

And, under Local Civil Rule 7.1(b), "[e]ach motion for which a conference is required must include a certificate of conference indicating that the motion is

unopposed or opposed."

Local Civil Rule 7.1(b) further provides that if a motion is opposed, "the certificate must state that a conference was held, indicate the date of conference and the identities of the attorneys conferring, and explain why agreement could not be reached." And, if a conference was not held, "the certificate must explain why it was not possible to confer, in which event the motion will be presumed to be opposed."

Paris's motion does not comply with these requirements because her certificate of conference indicates that she did not confer with Absolute Resolutions Corporation and, so, does not know whether her motion is opposed. *See* Dkt. No. 58 at 4.

No later than **September 8, 2026**, Paris must comply with the Standing Order [Dkt. No. 21] and Local Civil Rule 7.1(b) by conferring with Absolute Resolutions Corporation and filing an amended certificate of conference informing the Court whether the motion is opposed or whether she was unable to confer with Absolute Resolutions Corporation.

SO ORDERED.

DATED: September 1, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE