IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARPER PARIS,<br><br>Plaintiff,<br><br>V.<br><br>MCCARTHY BURGESS & WOLFF; TRANS UNION LLC; DK CONSULTING INC., JEFFERSON CAPITAL INC., and ABSOLUTE RESOLUTIONS CORPORATION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:26-cv-2172-K-BN |

**ORDER**

Plaintiff Harper Paris has filed a Motion for Leave to File Response to Defendant Absolute Resolutions Corporation's Motion to Dismiss Out of Time. *See* Dkt. No. 58.

Per an order from this Court, *see* Dkt. No. 61, the parties conferred regarding the requested relief and filed a joint stipulation informing the Court that Absolute Resolutions Corporation ("ARC") does not oppose Paris's Motion for Leave, *see* Dkt. No. 62.

And, so, the Court GRANTS the Motion for Leave [Dkt. No. 58]. The Clerk of Court is directed to enter the attachment to the Motion [Dkt. No. 58-1] as Paris's response to ARC's Motion to Dismiss [Dkt. No. 29].

ARC's reply deadline is extended to **September 23, 2026**.

After submitting the joint stipulation, Paris filed an amended proposed response. *See* Dkt. No. 63. The Court will not consider the attachment to the filing as Paris's response to the Motion to Dismiss. If Paris seeks to amend her response, she must first move for leave to do so. Until then, the Court will only consider her original response [Dkt. No. 58-1], which was attached to her Motion for Leave [Dkt. No. 58].

SO ORDERED.

DATED: September 8, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE